JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERO MARINE INSURANCE,<br><br>                    Plaintiff,<br><br>        v.<br><br>AMERICOLD LOGISTICS, LLC, *et al.*,<br><br>                    Defendants. | Case No. 2:24-cv-03518-FLA (PDx)<br><br>**ORDER DISMISSING ACTION<br>[DKT. 13]** |

1

On July 15, 2024, the parties filed a Joint Stipulation to submit Matter to Arbitration and Stay Litigation ("Stipulation"), stating the parties had agreed to submit all remaining claims and counterclaims to private and binding arbitration. Dkt. 13. Accordingly, the parties request the court stay all proceedings in the action pending completion of the arbitration. *Id.*

Having considered the Stipulation and finding good cause therefor, the court hereby ORDERS:

1. The court DISMISSES the action without prejudice. All deadlines governing this action are VACATED.

2. The court retains jurisdiction to vacate this Order and to reopen the action within 2 years from the date of this Order, provided any request by a party to do so shall make a showing of diligence and good cause as to why the arbitration has not been completed within the 2-year period, what further proceedings are necessary, and when the party making such a request reasonably expects the arbitration to be concluded.

3. The Clerk of the court is ORDERED to close this action administratively.

IT IS SO ORDERED.

Dated: July 22, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2